**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7274**

———————

CURTIS E. CRAWFORD,

Plaintiff - Appellant,

versus

REBECCA BEACH SMITH, U. S. Judge,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge. (CA-96-663-2)

———————

Submitted:  January 23, 1997          Decided:  February 4, 1997

———————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Curtis E. Crawford, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis E. Crawford, a Virginia inmate, appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. Sept. 1996, Pamphlet 3) and declining to reconsider that dismissal. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Crawford v. Smith, No. CA-96-663-2 (E.D. Va. July 23 & Aug. 15, 1996). We deny Appellant's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Appellant's motion for a stay is denied.

DISMISSED